UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-98 (ECT) |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF TIME TO FILE** |
| v. | ) | **POSITION PLEADINGS** |
| YUE VANG, | ) | |
| | ) | |
| Defendant. | ) | |

Yue Vang, by and through his attorney, respectfully moves the Court for an order extending the time limits under the Local Rules in which correspondence and pleadings with respect to sentencing procedures are due. The current scheduled date is August 11, 2022, and an extension is requested until two weeks prior to sentencing.

Due to counsel's private caseload, attending multiple court appearances, and filing required memoranda in other cases, Counsel for Mr. Vang has had insufficient time to prepare his position pleading. Mr. Vang has also retained the services of Ms. Amy Butler, a dispositional adviser. Ms. Butler has experienced technical difficulties meeting with Mr. Vang. Ms. Butler would also like additional time to properly prepare her memorandum. Counsel has conferred with the government prosecutor and the parties agree that a deadline, two weeks before sentencing, would allow the parties to provide the Court with the most accurate and up-to-date information on Mr. Vang for sentencing. For these reasons, an extension is respectfully sought. The government does not object.

                                              Respectfully submitted,

Dated: August 8, 2022                      *s/ John Arechigo*
                                              JOHN ARECHIGO
                                              Attorney ID No. 0386535
                                              Attorney for Yue Vang
                                              Arechigo & Stokka, P.A.
                                              332 Minnesota St., Ste W1080
                                              St. Paul, MN 55101
                                              651-222-6603
                                              john@arechigo-stokka.com